IRVING TRUST COMPANY, as Executor, etc., of GEORGE SCHLEGEL, Deceased, Appellant, v. SCHLEGEL INVESTING COMPANY, Respondent.— In April, 1910, there was opened on the books of the defendant corporation an account known as " George Schlegel Personal." This was an open running account containing debits and credits and ran from 1910 to the date of George Schlegel's death on August 4, 1928. Plaintiff sues for an alleged balance due, including principal and interest, of $634,913.21. Judgment, so far as appealed from, dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of ETHEL FRIEDMAN, as Administratrix, etc., of ISIDORE FRIEDMAN, Also Known as IRVING FRIEDMAN, Deceased. JOSEPH FRIEDMAN, Objectant-Appellant.— This is a contested accounting proceeding. Isidore Friedman died on July 16, 1932. His widow was appointed administratrix. She has filed an account of her acts as administratrix and prays for the judicial settlement thereof. A brother of decedent filed a claim with the estate to one-half of all the securities and bank deposits standing in the name of decedent at the time of his death. This claim was rejected by the administratrix, and the brother filed objections to the accounting. Decree, so far as appealed from, dismissing objections to the account of the administratrix, and order, so far as appealed from, confirming report of referee and overruling exceptions of Joseph Friedman, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

SADIE IRVING, Respondent, v. RALPH WALDO SHAW, JR., Appellant.—Action for personal injuries. Plaintiff was struck by defendant's automobile and thrown to the pavement, as she was crossing Fifty-seventh street at its intersection with Ninth avenue, Manhattan. Plaintiff was walking on the crosswalk and the green light was in her favor. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Untermyer and Cohn, JJ.

MAX LIPPMAN, Appellant, v. CARL M. TIPOGRAPH, Respondent.— Order granting defendant's motion for judgment dismissing the complaint as failing to state a cause of action, unanimously affirmed, with twenty dollars costs and and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days after service of order upon payment of said costs, on the ground that the complaint should state the facts upon which the conclusions incorporated in the present pleading are based. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

BESS FARBER, Appellant, v. JOHN AQUINO SONS, INC., Respondent.—Action for damages for breach by defendant of a contract made by plaintiff's assignors and the defendant. Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.